**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT MILLER,<br><br>             Plaintiff,<br><br>v.<br><br>NETVENTURE24 LLC; and DOES 1 through 10 inclusive.<br>             Defendant. | Case No. 1:19-cv-07172-LGS<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT** |

## [PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANT NETVENTURE 24 LLC

Upon the affidavit of Rayminh L. Ngo, sworn to the 25th day of September, 2019, and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is

ORDERED that the above named defendant Netventure 24 LLC show cause before a motion term of this Court, courtroom 1106, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York on _____, 2019 at _____, or as soon thereafter as counsel may be heard why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of

1

Procedure in favor of Plaintiff Robert Miller for the following relief:

1. Pursuant to FRCP 55(b)(2), directing that a default judgment, as to liability, be entered against Defendant Netventure 24 LLC; and

2. That damages should be awarded in the amount of $34,000 and costs awarded in the amount of $2,555 based on the Affidavit of Rayminh L. Ngo in support thereof;

and it is further

ORDERED that service of a copy of this ordered and annexed affidavit and exhibits upon the defendant Netventure 24 LLC with its registered agent for service of process at 16192 Coastal Highway, Lewes, DE 19958 or his counsel on or before _____, 2019 shall be deemed good and sufficient service thereof.

ISSUED: New York, New York

DATED:

_____
United States District Judge
Lorna G. Schofield

# CERTIFICATE OF SERVICE

I, the undersigned, say:

    I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

    My business address is 1504 Brookhollow Dr., Ste 113, Santa Ana, California, 92705.

    On September 26, 2019, I caused to be served the foregoing **Proposed Order to Show Cause** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Allison Rathmanner, Registered Agent
c/o Harvard Business Service, Inc.
16192 Coastal Hwy.
Lewes, DE 19958

    BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

    I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 26, 2019, at Santa Ana, California.

    */s/ Rayminh L. Ngo*
    Rayminh L. Ngo, Esq.
    *Counsel for Plaintiff*