UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT MILLER,
                      Plaintiff,

                                       19 Civ. 7172 (LGS)

         -against-

                                       ORDER

NETVENTURE24 LLC,
                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the August 6, 2021, Report and Recommendation directed Plaintiff to promptly serve a copy of the Report and Recommendation on Defendant and to file proof of such service;

      WHEREAS, Plaintiff has not filed proof of such service; it is hereby

      **ORDERED** that Plaintiff shall file proof of such service by **August 25, 2021**.

Dated: August 23, 2021
           New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE